**STATE of Missouri, Respondent,**

v.

**Todd W. BURFIEND, Appellant.**

**No. WD 35847.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 5, 1985.

John Ashcroft, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for appellant.

C.J. Larkin, Columbia, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from conviction for burglary in the second degree, Section 569.170, RSMo

1978, and sentence of six years imprisonment.

Judgment affirmed. Rule 30.25(b).